No. 10–10281.  NAJI v. THALER, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION.  C. A. 5th Cir.  Certiorari denied.

No. 10–10285.  BLACK v. GARVIN.  Ct. App. Cal., 2d App. Dist.
Certiorari denied.

No. 10–10286.  BROWN v. THALER, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS
DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–10287.  HOOD v. TEXAS.  Ct. Crim. App. Tex.  Certio-
rari denied.

No. 10–10294.  PEREZ v. TUCKER, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS.  Dist. Ct. App. Fla., 1st Dist.
Certiorari denied.

No. 10–10295.  SIMS v. UNITED STATES.  C. A. 4th Cir.  Certio-
rari denied.

No. 10–10297.  TORRES ROMAN v. FLORIDA.  Dist. Ct. App.
Fla., 3d Dist.  Certiorari denied.

No. 10–10304.  PHILLIPS v. ALABAMA.  Ct. Crim. App. Ala.
Certiorari denied.

No. 10–10307.  JACKSON v. THALER, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION.  C. A. 5th Cir.  Certiorari denied.

No. 10–10309.  MCCREARY v. MALONE ET AL.  C. A. 9th Cir.
Certiorari denied.

No. 10–10315.  THORNE v. PENNSYLVANIA.  Super. Ct. Pa.
Certiorari denied.

No. 10–10316.  MELENDEZ v. MITCHELL ET AL.  C. A. 2d Cir.
Certiorari denied.

No. 10–10322.  RICHARDSON v. ARAPAHOE COUNTY JUSTICE
COORDINATING COMMITTEE ET AL.  C. A. 10th Cir.  Certiorari
denied.

No. 10–10326.  MILLER v. CAIN, WARDEN.  C. A. 5th Cir.  Cer-
tiorari denied.